Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas St, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Fax: 866-241-4176
Email: tom@phxfreshstart.com

# THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re

KIMBERLY MALCOLM,

Debtor.

CHAPTER 13

Case No. 2:21-bk-04054-PS

**MOTION TO SELL REAL PROPERTY**

COMES NOW the Debtor, by and through counsel undersigned, and hereby moves this Honorable Court for an Order allowing the Debtor to sell her real property located at 606 Lawyer Ct La Vergne, TN 37086, Rutherford County, as stated herein.

1. Debtor filed for relief under Chapter 13 of the Bankruptcy Code (Title 11 of the United States Code) on May 25, 2021. Her plan is not yet confirmed.

2. As set for in Debtor's Schedules, she owns the real property located at 606 Lawyer Ct La Vergne, TN 37086, Rutherford County (Property).

3. Debtor has accepted an offer to sell Property for $250,000. A copy of such offer is attached hereto as Exhibit A.

4. Property is encumbered by a mortgage with Mr. Cooper with an outstanding balance of approximately $75,300.

5. On information and belief, Debtor's only debts, other than such mortgage are unsecured claims totaling less than $67,000.

6. As set for on the attached draft closing statement, Debtor anticipates that she will net approximately $157,000 from the sale of Property.

7. Debtor wishes to sell Property and tender all proceeds from such sale to Chapter 13 Trustee, Russell Brown, until such time as her Chapter 13 plan can be confirmed.

8. Trustee has reviewed this motion and has no objection.

9. The stay of Rule 6004(h), Fed. R. Bankr. P., shall be waived.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order authorizing her to sell her real property located at 606 Lawyer Ct La Vergne, TN 37086, Rutherford County.

Dated: July 9, 2021

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S−9
Phoenix, AZ 85028
Phone: 602-598-5075

Acknowledged by:

_____
Rachel Flinn, on behalf of
Trustee Russell Brown