Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas St, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Fax: 866-241-4176
Email: tom@phxfreshstart.com

# THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>KIMBERLY MALCOLM,<br><br>Debtor. | CHAPTER 13<br><br>Case No. 2:21-bk-04054-PS<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION TO SELL REAL PROPERTY** |

PLEASE TAKE NOTICE that on **July 15, 2021** at **1:30** PM**,** a hearing will be had on Debtor's Motion to Sell Real Property.

Per the Court's General Order 20-3 all appearances will be by phone, the parties are to call **877-402-9757, access code 4376956** a few minutes prior to the hearing time. The Motion is based upon this Notice, the facts alleged in the Motion and Debtors Schedules filed in this case.

A copy of Debtor's motion and order setting the hearing date are attached hereto.

Any objection to the Debtor's Motion to Sell Real Property shall be filed and served on Debtor's counsel no later than one day prior to the hearing; it is further

Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not want the Court to grant the relief consider your view, you or your attorney must attend the Hearing. If you or your attorney do not attend the Hearing, the Court may grant the relief requested in the Motion

Motion to Sell Real Property

Dated: July 9, 2021

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 9, 2021 the foregoing Debtor's Motion was served on the following via mail/electronic filing notice to:.

United States Trustee
*Via BNC/ECF*

Russell Brown, Trustee
*Via BNC/ECF*

Creditors appearing on
the attached Master Mailing List

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy

AVANT
ATTN: BANKRUPTCY
PO BOX 9183380
CHICAGO IL 60691


BANK OF AMERICA
ATTN: BANKRUPTCY
PO BOX 982234
EL PASO TX 79998


BARCLAYS BANK DELAWARE
P.O. BOX 8803
WILMINGTON DE 19899


BARCLAYSBANKDE
ATTN: BANKRUPTCY
PO BOX 2460
CRANBERRY TWP. PA 16066


CAVALRY PORTFOLIO SERVICES
ATTN: BANKRUPTCY
500 SUMMIT LAKE DRIVE, SUITE 400
VAHALLA NY 10595


CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15298
WILMINGTON DE 19850


CITI/SEARS
CITIBANK/CENTRALIZED BANKRUPTCY
PO BOX 790034
ST LOUIS MO 63179


CITIBANK
C/O EWING & EWING
4050 E COTTON CENTER BLVD, STE 36
PHOENIX AZ 85040


CITIBANK
CITICORP CREDIT SRVS/CENTRALIZED BK DEPT
PO BOX 790034
ST LOUIS MO 63179

DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054


EWING & EWING
4050 E COTTON CENTER BLVD
STE 36
PHOENIX AZ 85040


LOANCARE, CIT BANK,
ATTN: CONSUMER SOLUTIONS DEPT
PO BOX 8068
VIRGINIA BEACH VA 23452


MR. COOPER
ATTN: BANKRUPTCY
PO BOX 619098
DALLAS TX 75261


NMAC
ATTN: BANKRUPTCY
PO BOX 660366
DALLAS TX 75266


RESURGENT CAPITAL SERVICES
ATTN: BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603


SYNCHRONY BANK/HHGREGG
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896


SYNCHRONY BANK/SAMS
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896


USAA FEDERAL SAVINGS BANK
ATTN: BANKRUPTCY
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288